FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2015 DEC -4  A 11: 04

WILLIAM W. BLEVINS
CLERK

**FELONY**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR VIOLATION OF CLEAN AIR ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **15-290** |
| v. | * | SECTION: **SECT. E MAG 5** |
| CHEERY WAY, INC.<br>ELAINE CHIU | * | VIOLATION: 42 U.S.C. § 7413(c)(2)(B) |

\*   \*   \*

The United States Attorney charges:

### COUNT ONE

On or about April 2, 2011, in the Eastern District of Louisiana, the defendants, **ELAINE CHIU** and **CHEERY WAY, INC.**, by and through its employees and agents working in the scope of their employment and agency for the benefit of **CHEERY WAY, INC.**, did knowingly fail to notify and report to the Louisiana Department of Environmental Quality the demolition of the Mississippi Queen Riverboat, a facility, which contained regulated asbestos containing material, to wit: wall and ceiling tiles, at least ten days prior to the start of the demolition as required by the

__Fee _USA____
__Process_____
X_Dktd_____
__CtRmDep____
__Doc. No.____

Clean Air Act, in violation of Title 42, United States Code, Section 7413(c)(2)(B) and Title 40, Code of Federal Regulations, Section 61.145(b).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
EMILY K. GREENFIELD
Assistant United States Attorney
LA. Bar Roll No. 28587

New Orleans, Louisiana
December 4, 2015

No. _____

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

CHEERY WAY, INC.
ELAINE CHIU

BILL OF INFORMATION
FOR VIOLATION OF THE CLEAN AIR ACT

Violation(s): 42 U.S.C. § 7413(c)(2)(B)

Filed _____, 20 15

_____, Clerk.

By _____, Deputy

_/s/ Emily K. Greenfield_
EMILY K. GREENFIELD
Assistant United States Attorney