# NO MAGISTRATE PAPERS WERE FOUND

## for

## NAME: <u>CHEERY WAY, INC. & ELAINE CHIU</u>

## Initials: <u>  DAS  </u>